■ PATRICIA CURTO, Appellant, v ZITTEL'S DAIRY FARM et al., Respondents. (Appeal No. 2.) [803 NYS2d 471]—Appeal from an order of the Supreme Court, Erie County (Donna M. Siwek, J.), dated January 21, 2005. The order denied plaintiff's motion seeking a stay and a temporary restraining order.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Curto v Zittel's Dairy Farm* (23 AD3d 1055 [2005]). Present—Pigott, Jr., P.J., Green, Kehoe, Martoche and Pine, JJ.